# In the United States Court of Federal Claims

**NOTICE**

**KL LIQUIDATION INC. f/k/a**
**KULLMAN INDUSTRIES, INC**

**No. 07-277C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., April 16, 2008**

To Attorney of Record, Assistant Attorney General and Judge Robert H Hodges, Jr.:

Please take notice that in the above case there has been filed this day, on behalf of the parties, the record as transferred from the General Services Board of Contract Appeals, GSBCA 16559-ST, consisting of nine bound volumes.

**NOTE: FAILURE TO COMPLY WITH THE ENCLOSED INSTRUCTIONS, WITHIN THE TIME PROVIDED, MAY RESULT IN THE CASE BEING DISMISSED FOR FAILURE TO PROSECUTE.**

**s/John S. Buckley**
**John S. Buckley, Acting Clerk of the Court**